BFC

DA: 4-26-23

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>Zenon TAFOLLA,<br><br>      Defendant. | Case No. 23MJ8276<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C., Section 1326<br>Attempted Entry After Deportation<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about April 26, 2023, within the Southern District of California, defendant, Zenon TAFOLLA, an alien, who previously had been excluded, deported, and removed from the United States to Mexico, attempted to enter the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Section 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

_____
CRISTINA FUENTES
BORDER PATROL AGENT

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 27th day of April 2023.

_____
HON. LUPE RODRIGUEZ, JR.
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
    v.
Zenon TAFOLLA,

## STATEMENT OF FACTS

The complaint is based upon the investigative report of Border Patrol Agent (BPA) G. Corzo, that defendant, Zenon TAFOLLA (TAFOLLA) attempted entry into the United States and was arrested on April 26, 2023, near Ocotillo, California.

On April 26, 2023, United States Border Patrol Agent (BPA) A. Sandoval was performing Border Patrol line watch operations near the United States/Mexico International Boundary approximately 17.5 miles west of the Calexico, California Port of Entry. This area is encompassed by desert vegetation. It is sparsely populated with little to no pedestrian traffic. There are established dirt roads and washes that are utilized by Border Patrol Agents and occasional construction operators. Highway 98 runs parallel to the International Boundary Fence (IBF), and it lies approximately two miles north of the IBF. This area is frequently used by illegal aliens due to the remoteness and the proximity to Highway 98.

During the course of BPA Sandoval's duties and at approximately 4:00 p.m., RVSS (Remote Video Surveillance System) operators, observed and informed Agents regarding some vehicles crossing the IBF and heading northbound and away from the border. BPA Sandoval responded to the area and at approximately 4:51 p.m., encountered one of the vehicles as it was attempting to drive back toward Mexico. One of the subjects encountered

in the vehicle was later identified as Zenon TAFOLLA. The area where the vehicle and subjects were encountered is approximately 50 yards north of the IBF.

Agent Sandoval approached the vehicle and identified himself as United States Border Patrol Agent and questioned subjects as to their right to live or work in the United States legally. TAFOLLA stated that he was a citizen of Mexico without any immigration documents that would allow him to enter, work, or remain in the United States legally. TAFOLLA was subsequently arrested for his illegal entry into the United States. TAFOLLA was then transported to the El Centro Border Patrol Station for further processing.

At the station, TAFOLLA's biographical data, fingerprints, and photograph were taken and recorded. Systems revealed that TAFOLLA had previously been ordered removed from the United States by an Immigration Judge on September 28, 2010. TAFOLLA was last physically removed from the United States to Mexico on December 14, 2016, through San Ysidro, California. Checks also revealed that TAFOLLA did have a criminal record. Record checks ran at the El Centro Border Patrol Station in Imperial, California confirmed the aforementioned information.

Record checks revealed there is no evidence showing TAFOLLA has applied for and sought or received permission from the United States Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States after being previously removed.